IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Meyer, Kenneth E

Printed: 10/22/08

Case Number: 05 B 38494
Judge: Wedoff, Eugene R
Filed: 9/20/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: October 16, 2008
Confirmed: November 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,800.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 7,799.28 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,400.00 |
| Trustee Fee: |  | 600.72 |
| Other Funds: |  | 0.00 |
| Totals: | 10,800.00 | 10,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Rockford Bankruptcy Clinic P.C. | Administrative | 2,400.00 | 2,400.00 |
| 2. | Nissan Motor Acceptance Corporation | Secured | 0.00 | 0.00 |
| 3. | CCO Mortgage/RBS Citizens | Secured | 0.00 | 0.00 |
| 4. | CCO Mortgage/RBS Citizens | Secured | 0.00 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 2,135.43 | 7,460.34 |
| 6. | Capital One | Unsecured | 224.24 | 338.94 |
| 7. | Nissan Motor Acceptance Corporation | Unsecured | 0.00 | 0.00 |
| 8. | Citizens Bank | Secured |  | No Claim Filed |
| 9. | Diners Club International | Unsecured |  | No Claim Filed |
| 10. | MBNA America | Unsecured |  | No Claim Filed |
| 11. | Corporate Benefits Manager Inc | Unsecured |  | No Claim Filed |
| 12. | Citizens Bank | Unsecured |  | No Claim Filed |
| 13. | Citizens Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,759.67 | $ 10,199.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 109.65 |
| 5% | 23.69 |
| 4.8% | 45.37 |
| 5.4% | 285.51 |
| 6.5% | 136.50 |
|  | $ 600.72 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Meyer, Kenneth E | Case Number:  05 B 38494 |
| | Judge:  Wedoff, Eugene R |
| Printed: 10/22/08 | Filed:  9/20/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

